**Gregory GIVENS, Plaintiff–Appellant**

v.

**State of IOWA; City of Cedar Rapids Police Department; Michael Dierks, Police Officer, Defendants–Appellees.**

No. 12–1040.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 10, 2012.

Filed: Aug. 17, 2012.

Gregory Givens, Anamosa, IA, pro se.

Before MURPHY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Iowa inmate Gregory Givens appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 complaint. After careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we affirm the district court's judgment, and deny Givens's motion for appointment of counsel. *See* 8th Cir. R. 47B.

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.